HELEN M. SHIPTON, Respondent, v. TOWN OF IRONDEQUOIT, Appellant.— All concur. (Appeal from an order denying defendant's motion to dismiss plaintiff's complaint in an automobile negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

C. L. SHEPARD, Appellant, v. ERIE COUNTY AGRICULTURAL SOCIETY, Respondent, et al., Defendants.— All concur. (Appeal from an order granting a motion to dismiss plaintiff's complaint as to defendant Erie County Agricultural Society.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

FRANK DE ANGELIS et al., Appellants, v. ERIE COUNTY AGRICULTURAL SOCIETY, Respondent, et al., Defendants.— All concur. (Appeal from an order granting a motion to dismiss plaintiff's complaint as to defendant Erie County Agricultural Society.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

CARL A. BENNETT, Appellant, v. ERIE COUNTY AGRICULTURAL SOCIETY, Respondent, et al., Defendants.— All concur. (Appeal from an order granting a motion to dismiss plaintiff's complaint as to defendant Erie County Agricultural Society.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

In the Matter of FREDERICK W. MITCHELL, Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Appellants.— Memorandum: The respondent was not a police official within the prohibition of section 128 of the Alcoholic Beverage Control Law. All concur. (Appeal from an order annulling the determination of the State Liquor Authority which refused to issue a·solicitor's permit to petitioner, and directing the issuance of such permit.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.